NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

PRIMAX ELECTRONICS, LTD.,
*Plaintiff-Appellee,*

v.

KYE SYSTEMS AMERICA CORP.,
*Defendant-Appellant.*

2010-1383

Appeal from the United States District Court for the Central District of California in case no. 09-CV-2821, Judge R. Gary Klausner.

## ON MOTION

## ORDER

Upon consideration of the unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

SEP 1 6 2010                    /s/ Jan Horbaly
_____                _____
     Date                       Jan Horbaly
                                Clerk

cc:  E. Patrick Ellisen, Esq.
     William J. Robinson, Esq.

s20

Issued As A Mandate:  SEP 1 6 2010

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 6 2010

JAN HORBALY
CLERK